# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent.

No. 70824

**FILED**

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus arising from a parental rights termination matter.

Having considered the petition, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Petitioner contends that the district court lacks jurisdiction over the proceeding to terminate his parental rights because petitioner nominated his aunt to be the guardian of the minor child under NRS 159.205. NRS 159.205(1) allows a parent without court approval to appoint a short-term guardianship for a child if the parent has legal custody. Petitioner has not demonstrated, based on the documentation he provided, that he had legal custody of the child at the time he executed the nomination and consent for the guardianship. Moreover, petitioner can appeal if his parental rights are terminated. *See* NRAP 3A(b)(1) (allowing an appeal from a final judgment); *Pan*, 120 Nev. at 224, 88 P.3d at 841 (providing that an appeal is generally considered an adequate legal remedy precluding writ relief). Accordingly, we decline to intervene in this matter and we deny the petition. *See* NRAP 21(b)(1); *Smith v. Eighth*

 

*Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Peter Jason Helfrich
       Attorney General/Carson City
       Nye County Clerk